IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-611-F

MARK ELLIOTT FREEMAN,

    Plaintiff,

v.

HUGO CARVIS, et al.,

    Defendants.

**ORDER**

This matter is before the court on the unopposed Motion to Dismiss [DE-12] filed by Defendant John Hess. For the reasons stated in the Memorandum in Support thereof, which this courts ADOPTS and INCORPORATES herein, the Motion to Dismiss [DE-12] is ALLOWED, and Plaintiff's claims against Defendant John Hess are DISMISSED pursuant to Rule 12(b)(6) for failure to state a claim.

The Clerk of Court is DIRECTED to continue the management of this case.

SO ORDERED.

This the 11th day of May.

*James C. Fox*
James C. Fox
Senior United States District Judge